Cite as 2024 Ark. 67

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUSPENSION OF ATTORNEYS WHO FAILED TO PAY 2024 ANNUAL ATTORNEY-LICENSE FEE | **Opinion Delivered** April 18, 2024 |

**PER CURIAM**

The final deadline for attorneys to pay the 2024 annual attorney-license fee was April 15, 2024. As required by Rule VII(C)(9) of the Rules Governing Admission to the Bar, the clerk of this court has prepared a list of all suspended attorneys, which is attached to this per curiam. The list is divided into three categories. Category 1 consists of those attorneys who were automatically suspended on April 16, 2024, by operation of Rule VII(C)(1) and (8) for failure to pay the annual fee and who remain suspended as of the issuance of this per curiam. Category 2 consists of those attorneys who were automatically suspended on April 16, 2024, for failure to pay the fee but have since become current and reinstated to their pre-suspension status. We caution that placement in Category 2 is proof of good standing only as to payment of license fees. Category 3 consists of those attorneys who have remained suspended for more than three consecutive years for failure to pay annual license fees and whose licenses were deemed surrendered as of April 16, 2024, per Rule VII(C)(17). An attorney listed in either Category 1 or 3 shall not practice law in this state unless he or she has been (1) reinstated pursuant to Rule VII(C)(16)–(17) &(D) or (2) exempted during a stay of the suspension as provided in Rule VII(C)(15).

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 97227**

Tonia S. Acker
Little Rock, AR

**Bar Number: 82012**

Steven Gregory Beck
Little Rock, AR

**Bar Number: 96062**

Alison Offutt Bratton
Little Rock, AR

**Bar Number: 97050**

Christie Gunter Adams
Flint, TX

**Bar Number: 2018121**

Kathryn Blair Bennett
Dallas, TX

**Bar Number: 2021016**

Christian Thomas Brown
Weatherford, TX

**Bar Number: 84155**

Susan Walker Allen
Russellville, AR

**Bar Number: 2012020**

Don Bowen Berry
Dallas, TX

**Bar Number: 77017**

Gregory Brugh Brown
Mercer Island, WA

**Bar Number: 2015189**

Julia M. Atherton
Gravette, AR

**Bar Number: 74012**

Garland William Binns, Jr.
Little Rock, AR

**Bar Number: 2019243**

D. Nicholas Carroll
Russellville, AR

**Bar Number: 2013263**

Ryne Heath Ballou
Benton, AR

**Bar Number: 98017**

Carl Ray Bishop
Clarendon, AR

**Bar Number: 2011114**

Heather McNew Carter
Greenville, TX

**Bar Number: 96003**

Gregory Alan Barnard
Norman, OK

**Bar Number: 2001060**

Jill Blankenship
Batesville, AR

**Bar Number: 2022021**

Sandra Mekita Cianflone
Atlanta, GA

**Bar Number: 78009**

Don Keith Barnes
Little Rock, AR

**Bar Number: 85012**

Mikel Robert Blocker
Fayetteville, AR

**Bar Number: 2020068**

Janelle Lilley Cline
Wilmington, NC

**Bar Number: 73005**

Ben Thomas Barry
Fayetteville, AR

**Bar Number: 2021299**

Sonya Kayleen Boun
Siloam Springs, AR

**Bar Number: 2006009**

Ernest L. Cochran
Texarkana, TX

**Bar Number: 78014**

John W. Beason, Jr.
Jonesboro, AR

**Bar Number: 86025**

Jeffrey Todd Branch
Paragould, AR

**Bar Number: 2003101**

John Kevin Coker
Spring, TX

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 83041**

John Wayne Cone
Benton, AR

**Bar Number: 2010204**

Jennifer L. Dedman
Little Rock, AR

**Bar Number: 2011119**

Carin Paris Evans
Fort Worth, TX

**Bar Number: 2011245**

J. Shane Cox
North Little Rock, AR

**Bar Number: 2002191**

Michael Kerry DeKruif
Woodland Hills, CA

**Bar Number: 2014066**

B. Ashton Fallin
Thomaston, GA

**Bar Number: 87041**

Douglas W. Coy
Little Rock, AR

**Bar Number: 2008137**

Michael D. Dement
Dallas, TX

**Bar Number: 2011089**

Jennifer Dianne Felts
Little Rock, AR

**Bar Number: 75026**

Stephen Kevin Cuffman
Little Rock, AR

**Bar Number: 2006222**

Alison Applewhite Dennington
Melbourne Beach, FL

**Bar Number: 2018092**

Alexandra S. Fernandez
San Francisco, CA

**Bar Number: 76162**

Michael B. Dabney
Marked Tree, AR

**Bar Number: 86008**

Candice Baker Dickson
Jonesboro, AR

**Bar Number: 2016077**

Andrew Firth
Reno, NV

**Bar Number: 2020146**

Joshua Arthur Daniels
Springdale, AR

**Bar Number: 77044**

James Edward Dickson
Jonesboro, AR

**Bar Number: 2007314**

Michael Thomas Flannery
Little Rock, AR

**Bar Number: 90070**

Joshua Joy Dara, Sr.
Pineville, LA

**Bar Number: 87050**

Ronald Franklin Dooms
Washington, DC

**Bar Number: 2020275**

Shane Christopher Fletcher
Jenks, OK

**Bar Number: 99016**

Forchisha Martauna Oepole Davis
St. Charles, MO

**Bar Number: 94241**

Mark Doyle Easley
Saint Louis, MO

**Bar Number: 2007261**

Jennifer Marler Frank
Brentwood, TN

**Bar Number: 2007025**

Richard Eugene Davis
Springfield, MO

**Bar Number: 79164**

Jack Else
Cedar Rapids, IA

**Bar Number: 2017017**

Rachel Freyman
Nashville, TN

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 2020096**

Blake Andrew Fromang
Tampa, FL

**Bar Number: 2008212**

Travis Allen Gray
Des Peres, MO

**Bar Number: 90011**

James L. Harris
Rogers, AR

**Bar Number: 2020090**

Adam T. Funk
Houston, TX

**Bar Number: 92018**

John Greenhaw
Fayetteville, AR

**Bar Number: 2020280**

Katherine Mary Harris
Oklahoma City, OK

**Bar Number: 93010**

Joette Furlough
Dallas, TX

**Bar Number: 2022033**

Garrett A. Grellner
Columbia, MO

**Bar Number: 2020265**

Alexandria Elizabeth Hawkins
Centerton, AR

**Bar Number: 93056**

Carolyn Ann Gai
San Francisco, CA

**Bar Number: 2019059**

Thomas Weaver Griffin, III
Oklahoma City, OK

**Bar Number: 2013080**

Thomas Bradley Hesselbein
Kutztown, PA

**Bar Number: 86144**

Gail Ponder Gaines
Little Rock, AR

**Bar Number: 86074**

Henry Charles Gschwend, Jr.
Jonesboro, AR

**Bar Number: 96110**

Clayton Kyle Hodges
McKinney, TX

**Bar Number: 2017261**

Sharon Marie Garner
Houston, TX

**Bar Number: 2016013**

Kimberly Lawrence Guthrie
Jackson, MS

**Bar Number: 2023038**

Angelina Dawn Hollingsworth
Bentonville, AR

**Bar Number: 2010246**

Jamie Giani
Fort Smith, AR

**Bar Number: 90023**

Adam Harkey
Little Rock, AR

**Bar Number: 2014252**

Blake Parker Hoyt
Little Rock, AR

**Bar Number: 2007310**

Crystal Gee Gibson
Plano, TX

**Bar Number: 83207**

Mary L. Harmon
New York, NY

**Bar Number: 2005142**

Maxine Isaacs
Greensboro, NC

**Bar Number: 77054**

Kenneth S. Gould
Little Rock, AR

**Bar Number: 2011121**

Ronald L. Harper
Memphis, TN

**Bar Number: 76170**

Susan Elizabeth Jelen
Plano, TX

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2005165**

Bonnie Joan Johnson
Little Rock, AR

**Bar Number: 74091**

Joseph E. Kilpatrick, Jr.
Little Rock, AR

**Bar Number: 89071**

Lynda Barr Langford
Little Rock, AR

**Bar Number: 2002134**

Luwalhati Admana Johnson
Dallas, TX

**Bar Number: 89093**

Kerry Layne Kilpatrick
Monroe, LA

**Bar Number: 2008074**

Michael Haden Lawyer
Memphis, TN

**Bar Number: 79169**

Walter Tweed Johnson
Dallas, TX

**Bar Number: 2015255**

Angela Mary Kinley
Atlanta, GA

**Bar Number: 2012208**

Ryan William Lazenby
Little Rock, AR

**Bar Number: 76058**

Berlin C. Jones
Pine Bluff, AR

**Bar Number: 2009089**

Jennifer R. Kiper
Kansas City, MO

**Bar Number: 90183**

Celia S. Liner
Venice, FL

**Bar Number: 2018017**

Martha Deacon Jones
Little Rock, AR

**Bar Number: 88125**

Patrick Russell Kirby
Little Rock, AR

**Bar Number: 88131**

Benjamin Cary Lipscomb
Rogers, AR

**Bar Number: 2014224**

Tori B. Jones
Little Rock, AR

**Bar Number: 99075**

Lloyd W. Kitchens, III
Little Rock, AR

**Bar Number: 77085**

Nancy Jane Mahler
Little Rock, AR

**Bar Number: 80075**

Patricia Roberts Julian
North Little Rock, AR

**Bar Number: 2018193**

Benjamin Kyle Knuckles
Saint Louis, MO

**Bar Number: 2009033**

Jacob Oakman Malatesta
Flowood, MS

**Bar Number: 77194**

Jack R. Kearney
Little Rock, AR

**Bar Number: 2012190**

Chin Kuay
Orlando, FL

**Bar Number: 2013055**

Maxfield E.M. Marquardt
Santa Monica, CA

**Bar Number: 77078**

Raymond C. Kilgore, Jr.
Little Rock, AR

**Bar Number: 80086**

Jean Langford
Jonesboro, AR

**Bar Number: 2023111**

William Kennon McBeath, III
Jackson, MS

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

| | | |
|---|---|---|
| **Bar Number: 84102**<br>Hiram McBeth, III<br>Pine Bluff, AR | **Bar Number: 80116**<br>Mary Leslie Middleton<br>North Little Rock, AR | **Bar Number: 2013266**<br>Joshua Thomas Ogle<br>Los Angeles, CA |
| **Bar Number: 2013150**<br>Stefan Kane McBride<br>Little Rock, AR | **Bar Number: 2006026**<br>Mickey S. Moon<br>Houston, TX | **Bar Number: 2016118**<br>Daniel K. O'Toole<br>St. Louis, MO |
| **Bar Number: 76178**<br>Austin McCaskill, III<br>Little Rock, AR | **Bar Number: 2010145**<br>Lesley Brooke Morgan<br>Tacoma, WA | **Bar Number: 90147**<br>Steven James Paris<br>West End, NC |
| **Bar Number: 93005**<br>Stephen H. Meeh<br>Camden, SC | **Bar Number: 2013116**<br>Rachel Rebecca Bergstrom Morgan<br>Dallas, TX | **Bar Number: 91265**<br>Bobbi D. Patterson<br>Little Rock, AR |
| **Bar Number: 2010092**<br>Wayne Tristan Mehlin<br>San Francsico, CA | **Bar Number: 2000068**<br>Michael W. Mullane<br>Annapolis, MD | **Bar Number: 2010117**<br>James Thomas Perry, Jr.<br>Houston, TX |
| **Bar Number: 2018012**<br>Nathan Landon Mendenhall<br>Fort Smith, AR | **Bar Number: 2013033**<br>William Parks Murray, III<br>Tampa, FL | **Bar Number: 2022185**<br>Andrew H. Pinter<br>Birmingham, AL |
| **Bar Number: 2021025**<br>Steven M. Mendoza<br>Mansfield, TX | **Bar Number: 2007118**<br>Jody R. Nathan<br>Tulsa, OK | **Bar Number: 2022279**<br>Ashley Mariah Pratt-Stafford<br>Atlanta, GA |
| **Bar Number: 2008096**<br>Matthew David Mentgen<br>Little Rock, AR | **Bar Number: 2010121**<br>Stephan James Nazarian<br>Washington, DC | **Bar Number: 84125**<br>David Earl Prewett<br>Russellville, AR |
| **Bar Number: 80100**<br>Cynthia Russ Middleton<br>North Little Rock, AR | **Bar Number: 90189**<br>John David Nichols<br>North Little Rock, AR | **Bar Number: 80199**<br>Reba Ann Raffaelli<br>Arlington, VA |

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2013047**

Travis C. Ragland
Conway, AR

**Bar Number: 88011**

Norton Rosenthal
Plano, TX

**Bar Number: 99063**

Scott Anthony Strain
Durham, NC

**Bar Number: 2020027**

Rebecca Ann Reed
Scott City, MO

**Bar Number: 2007119**

Barbara L. Samuels
Little Rock, AR

**Bar Number: 80139**

Ralph Theodor Stricker
Fayetteville, AR

**Bar Number: 2022087**

Jeffrey Todd Reel
Bentonville, AR

**Bar Number: 2009153**

William Clinton Saxton
Birmingham, AL

**Bar Number: 88172**

Jonathan Bruce Taylor
Washington, DC

**Bar Number: 2015208**

April Rheaume
Everett, WA

**Bar Number: 92019**

Joseph William Segers, III
Nashville, TN

**Bar Number: 2017272**

Dawn Rachelle Tezino
Humble, TX

**Bar Number: 96058**

Ann L. Richardson
Berryville, AR

**Bar Number: 2020260**

Michael Ignatius Sheeter
Sachse, TX

**Bar Number: 74146**

Winfred L. Thompson
Conway, AR

**Bar Number: 89225**

Jerry A. Richardson
Tulsa, OK

**Bar Number: 92126**

Shayne Dixon Smith
Little Rock, AR

**Bar Number: 75127**

John Rodney Tisdale
Little Rock, AR

**Bar Number: 81236**

James William Robb
Fort Smith, AR

**Bar Number: 2001016**

John R. Snell
Quarryville, PA

**Bar Number: 91078**

Don Trimble
Little Rock, AR

**Bar Number: 2015206**

Spellman Patrick Robertson
Joplin, MO

**Bar Number: 81223**

Leymon L. Solomon
Fulshear, TX

**Bar Number: 2020283**

Richard Charles Vaughan
Boca Raton, FL

**Bar Number: 78134**

Gregory Neal Robinson
Pine Bluff, AR

**Bar Number: 2018084**

Jeffrey Sonnabend
New York, NY

**Bar Number: 2009127**

Samantha Sizemore Vernetti
Bentonville, AR

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 2010267**

Rachel V. Warnick
Little Rock, AR

**Total Count: 171**

**Bar Number: 2010171**

Jennifer Ann Wells
Little Rock, AR

**Bar Number: 2009002**

Clay M. White
Tyler, TX

**Bar Number: 2008159**

Aileen Solovy Wiede
Muskego, WI

**Bar Number: 2012177**

Jennifer Renae Williams
Poplar Bluff, MO

**Bar Number: 2012201**

Jacquelin Elizebeth Wohlschlaeger
Little Rock, AR

**Bar Number: 99099**

Linda Karen Woodworth
Harrison, AR

**Bar Number: 2001077**

Wayne West Young
Fayetteville, AR

**Bar Number: 2015138**

Jing Zhao
New York, NY

**Bar Number: 86001**

William Gregory Almand

Little Rock, AR

**Bar Number: 2017059**

Jaclyn Bacallao

Winchester, MA

**Bar Number: 2004177**

Cynthia Haseloff

Springdale, AR

**Total Count: 3**

License Deemed Surrendered for Nonpayment of License Fee and Penalties
For More than Three Consecutive Years

**Bar Number: 2010077**

Leah V. Ammons Daley
Tulsa, OK

**Bar Number: 2017050**

Joshua Clayton Dickinson
Meridian, ID

**Bar Number: 2015066**

Tara Whitney Raddle
Walnut Ridge, AR

**Bar Number: 97187**

George Antonia Anaya
Athens, OH

**Bar Number: 2008009**

Gwendolyn Sue Frost
Houston, TX

**Bar Number: 2017062**

Beryl Jay Rushefsky
Little Rock, AR

**Bar Number: 82013**

Benjamin Alson Beland, II
Fort Smith, AR

**Bar Number: 87072**

Mark S. Harbour
Fairfield Bay, AR

**Bar Number: 2015063**

Scott J. Schrum
Ironton, MO

**Bar Number: 96224**

Robert Miles Berry, Jr.
Little Rock, AR

**Bar Number: 73056**

Harlin Ray Hodnett
Van Buren, AR

**Bar Number: 2008015**

Travis L. Starr
Ames, IA

**Bar Number: 2004172**

Benjamin David Brenner
Little Rock, AR

**Bar Number: 79099**

Blaine A. Jackson
Bentonville, AR

**Bar Number: 2009266**

Robert C. Sullivan
Kansas City, MO

**Bar Number: 89018**

Robert H. Briley, Jr.
Maumelle, AR

**Bar Number: 76054**

Stephen Eugene James
Bee Branch, AR

**Bar Number: 88171**

Karen J. Freeman Swogger
Eureka Springs, AR

**Bar Number: 89155**

Keith Carle
Maysville, NC

**Bar Number: 99015**

Molly Anne Knutson
Burbank, CA

**Bar Number: 96254**

Michael Douglas Tanner
Cary, NC

**Bar Number: 83045**

Dorothy Crookshank
Eureka Springs, AR

**Bar Number: 2007102**

Donald B. Miller, Jr.
Prescott, AZ

**Bar Number:  2001087**

Bill M. Wade
Memphis, TN

**Bar Number: 86047**

Mark Dominique D'Auteuil
Russellville, AR

**Bar Number: 80197**

Michael D. Peek
Texarkana, TX

**Bar Number: 2018016**

Whitney Alexander Wayne
Austin, TX

License Deemed Surrendered for Nonpayment of License Fee and Penalties
For More than Three Consecutive Years

**Bar Number: 2014115**

Jeffry Dan Weems
Houston, TX

**Bar Number: 87185**

Richard Ray West
Marion, AR

**Bar Number: 2005048**

Vallie J. Wilkerson
Vilonia, AR

**Bar Number: 2005112**

Che' Dawn Williamson
Houston, TX

Total Count: 31